UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
*ALAN I. GOTTLIEB on behalf of himself and all others similarly situated,*

                                *Plaintiff,*

        *-against-*                                *VERIFIED ANSWER*
                                                            *and*
                                                            *COUNTERCLAIM*
                                                             *Index No. CV-10 1940*

**PETER SEIDEMAN,**

                                *Defendant.*
------------------------------------------------------------------------x

        *Defendant,* **PETER SEIDEMAN,** *respectfully alleges as follows:*

        *1.    Admits the allegations in paragraphs "4", "7", "8", "9", "10", "11", "13", and "17",*

        *2.    Denies the allegations in paragraphs "1", "5", "6", "12", "14", "15", "16", "18", "19", "20", "21", "22", "23", "24", "25", "28", "29", "30", "35" and "36".*

        *3.    Denies knowledge or information sufficient enough to form a belief as to the allegations set forth in paragraphs "2", "3", "27", "31", "32", "33" and "34".*

## *AS AND FOR A COUNTERCLAIM*

        *4.    Defendant is not engaged in the usual practice of collecting debts from consumers.  Defendant engages in the collection of commercial debts from banks and other owners of commercial debts.*

        **WHEREFORE,** *Defendant*, **PETER SEIDEMAN** *respectfully prays that judgment be entered against the Plaintiff, the action against Defendant be dismissed and*

      a)      *Costs and reasonable attorney's fees*

      b)      *For such other and further relief as to this Court may deem to be just and proper.*

*Dated:*    *East Islip, New York*
             *June 25, 2010*

                                                             _____
                                                 **PETER SEIDEMAN, ESQ. (PS-5586)**
                                                 **Defendant**
                                                 **136 East Main Street**
                                                 **East Islip, New York 11722**
                                                 **(631) 224-4040**
                                                 **(631) 224-4044 (fax)**

*TO:*    **Adam J. Fishbein, P.C.**
          **Attorney for Plaintiff**
          **483 Chestnut Street**
          **Cedarhurst, New York**
          **(516) 791-4400**
          **(516) 791-4411**

*STATE OF NEW YORK    )*
*                     )*
*COUNTY OF SUFFOLK    )*

    *The undersigned, PETER SEIDEMAN, an attorney duly admitted to practice in the Courts of New York State, states; that deponent is the Defendant, **PETER SEIDEMAN**, in the within action; that deponent has read the foregoing Verified Answer and knows the contents thereof and that the same is true to deponent's own knowledge.*

    *The undersigned affirms that the foregoing statements are true, under the penalties of perjury.*

                                                     **PETER SEIDEMAN**
                                                    *Defendant*

*Dated:    East Islip, New York*
              *June 25, 2010*

*Index No.:*   *CV-10 1940*                                                                                     *Year: 2010*

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF NEW YORK*

*ALAN I. GOTTLIEB on behalf of himself and all others similarly situated,*

                                     *Plaintiff,*

    *-against-*

*PETER SEIDEMAN,*
                                  *Defendant.*

*VERIFIED ANSWER*
*and*
*COUNTERCLAIM*

*PETER SEIDEMAN, ESQ.*
*Defendant*
*136 East Main Street*
*East Islip, New York 11730*
*631-224-4040*

*To:*

*Attorney (s) for:*
_____
*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:*                                                            _____
                                               *Attorney (s) for*
_____
                                              *Yours, etc.,*

                                              _____
                                              *Signature Pursuant to 22NYCRR 130-1.1a*
                                              *By Peter Seideman, Esq.*
                                              *Defendant*
                                              *136 East Main Street*
                                              *East Islip, New York 11730*
                                              *631-224-4040*

Case 1:10-cv-01940-ENV-RLM   Document 3   Filed 06/25/10   Page 5 of 5 PageID #: 16